IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re: ) | In Chapter 11 |
| ) | Case No. 09 B 36030 |
| **CHERYL FALBO** ) | |
| ) | Honorable John H. Squires |
| Debtor. ) | |

## FINAL REPORT AND ACCOUNT

NOW COMES the Debtor, CHERYL FALBO, by and through her attorneys, QUERREY & HARROW, LTD., and for her FINAL REPORT AND ACCOUNT, pursuant to Bankruptcy Rule 1019(5)(A), states as follows:

The Chapter 11 case was filed on September 29, 2009. The Case was converted to a Chapter 7 on March 22, 2010. The only post-petition debt incurred is $1,690.42 to Debtor's prior counsel, Law Offices of John Lynch, 801 Warrenville Road, Suite 560, Lisle, Illinois 60532.

Debtor has electronically filed all of the required Monthly Operating Reports with the U.S. Trustee's office, and amended her schedules and statement of financial affairs, which she proposes serve as her Final Report and Account. The §341 Meeting is scheduled for April 30, 2010.

Respectfully submitted,

/s/ *Eileen M. Sethna*
One of the attorneys for Debtor,
Cheryl Falbo

Robert R. Benjamin, ARDC 0170429
Eileen M. Sethna, ARDC 6276640
Querrey & Harrow, Ltd.
175 W. Jackson, Suite 1600
Chicago, Illinois 60604
(312) 540-7000